# EXHIBIT B

## Yopima v. Doordash
## Infringement Chart for U.S. Patent No. 9,119,038

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| 1. A method for tracking locations of a plurality of devices within overlapping geofences, comprising: | DoorDash, Inc. provides DoorDash platform for tracking locations of a plurality of devices (Dasher's mobile phone ) within overlapping geofences<br><br>**2. Acceptance of this Agreement**<br><br>DoorDash operates an online marketplace and connection platform to (a) broker the exchange of goods and services among you and other consumers, restaurants and other businesses ("**Merchants**"), and independent third-party contractors who provide delivery and/or other services ("**Contractors**"); and (b) provide you with access to information on the Services. DoorDash's Technology permits consumers to place orders for food and/or other goods from Merchants, either for delivery or pickup, and/or request services from Merchants. If a delivery order is made, DoorDash uses the Technology to notify Contractors (or, for certain orders, Merchants) that a delivery opportunity is available and to facilitate completion of the delivery to the consumer. If a pickup order is made, DoorDash uses the Technology to communicate with the consumer regarding the availability of the order for pickup. DoorDash is not a merchant, retailer, restaurant, grocer, delivery service, or food preparation business (except as otherwise specified in Section 6 below).<br><br>**Source:** https://help.doordash.com/legal/document?type=cx-terms-and-conditions&region=US&locale=en-US |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| |  **Source:** https://play.google.com/store/apps/details?id=com.dd.doordash&hl=en_US |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| |  **Source:** https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US |
| [1A] receiving, by a location analyzer executed by a computing device, an identification of (i) a first region defined by a first geofence; (ii) a second region defined by a second geofence distinct | Receiving, by the location analyze (DoorDash Server), executed by a computing device, an identification of (i) a first region defined (neighborhood) by a first geofence; (ii) a second region defined by a second geofence distinct from the first geofence; and (iii) a third region (Hotspots near areas close to a Dasher ) defined by a third geofence including the first region and second region; |

| U.S. Patent No. 9,119,038 | Doordash |
|---|---|
| from the first geofence; and (iii) a third region defined by a third geofence including the first region and second region; | ## Stay busy and earn more with Hotspots<br><br>We built Hotspots to help Dashers find deliveries quickly while on the road. A Hotspot is an area within your Dashing starting point that indicates the busiest areas for orders. You will generally see Hotspots near areas with many restaurants. To increase your chances to receive more orders, simply position yourself closer to a Hotspot. Hotspots are meant to guide you to busy areas and they are consistently refreshed throughout the day, but they do not guarantee orders.<br><br>You can only see hotspots on your Dasher map while dashing and they will be displayed as a circle with a flame icon. Please see below for the two different types of Hotspots you may encounter.<br><br>The Dasher app will show you the Hotspot closest to you by default, but you can scroll through other nearby Hotspots at the bottom of the screen.<br><br>Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|



first geofence

third geofence

second geofence

Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter

| [1B] receiving, by the location analyzer, a plurality of arrival notifications from a corresponding plurality of devices, each arrival notification sent by each | Receiving, by the location analyze (Doordash Server) , a plurality of arrival notifications ( through swipe to arrive button) from a corresponding plurality of devices, each arrival notification sent by each device responsive to said device determining it has entered the pick up place of the  third geofence; |
|---|---|

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| device responsive to said device determining it has entered the third geofence; | **What is a delivery like?**<br><br>After you accept a delivery, completing it will generally consist of 4 steps, all of which are clearly outlined in your Dasher app:<br><br>1. **Head to the restaurant.** You can tap Navigate to get instructions on how to get to the restaurant. This will open into a Third Party Map service you selected as your preference in your Settings. In order to help pick up the order quickly, some restaurants may have pickup instructions. Take a look before you head inside so you know what to do!<br><br>2. **Head inside to collect the the order.** Once you enter the restaurant, you will be able to swipe right at the bottom of your app to confirm arrival. For some orders, you'll need to pay for the food with your Red Card. For many others, you'll simply grab the food and go. Your Dasher app will advise what to do: pay with Red Card or pick up items without payment. When you have the order, the Dasher app will prompt you to check off the items listed on the app and swipe right once again to confirm.<br><br>Source: https://help.doordash.com/dashers/s/article/What-is-a-delivery-like?language=en_US#:~:text=Once%20you%20enter%20the%20restaurant,your%20app%20to%20confirm%20arrival. |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| | <br><br>**How to Use the Doordash Driver App: Guide & Tutorial For New Dashers in 2022**<br><br>Source: https://www.youtube.com/watch?v=45N2D6iPqqQ&t=551s<br><br>; |
| [1C] receiving, by the location analyzer, user information for a user of each of the plurality of devices; | Receiving, by the location analyzer, user information (Sign up) for a user of each of the plurality of devices; |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| | 

Source: https://help.doordash.com/dashers/s/topic/0TO1a0000007fAhGAI/sign-up-to-become-a-dasher?language=en_US |
| [1D] identifying, by the location analyzer, a first subset of the plurality of devices that are within | Since Doordash can determine a hot spot, and Regions where drivers frequently pick up and deliver orders can indicate a high-demand area. The plaintiff contents that the location analyzer will identify, a first subset of the plurality of devices that are within the first region and a second subset of the plurality of devices that are within the second region; |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| the first region and a second subset of the plurality of devices that are within the second region; | |
| [1E] comparing, by the location analyzer, user information of the users of the first subset of the plurality of devices and user information of the users of the second subset of the plurality of devices; and | Since Doordash can determine a hot spot, and Regions where drivers frequently pick up and deliver orders can indicate a high-demand area. The plaintiff contents that the location analyzer will compare, user information of the users of the first subset of the plurality of devices and user information of the users of the second subset of the plurality of devices<br><br><br>. |
| [1F] transmitting, by the location analyzer to a second computing device, a comparison metric identifying a difference between users of the first subset of the plurality of devices and users of the second subset of the plurality of devices. | Transmitting, by the location analyzer to a second computing device, a comparison metric identifying a difference between users of the first subset of the plurality of devices and users of the second subset of the plurality of devices.(more red region equals more orders) |

| U.S. Patent No. 9,119,038 | **<u>Doordash</u>** |
|---|---|
| |  Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter |
| | |
| 7. A system for tracking locations of a plurality of devices | DoorDash, Inc. provides DoorDash platform for tracking locations of a plurality of devices (Dasher's mobile phone) within overlapping geofences |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|

| within overlapping geofences, comprising: | **2. Acceptance of this Agreement**<br><br>DoorDash operates an online marketplace and connection platform to (a) broker the exchange of goods and services among you and other consumers, restaurants and other businesses ("**Merchants**"), and independent third-party contractors who provide delivery and/or other services ("**Contractors**"); and (b) provide you with access to information on the Services. DoorDash's Technology permits consumers to place orders for food and/or other goods from Merchants, either for delivery or pickup, and/or request services from Merchants. If a delivery order is made, DoorDash uses the Technology to notify Contractors (or, for certain orders, Merchants) that a delivery opportunity is available and to facilitate completion of the delivery to the consumer. If a pickup order is made, DoorDash uses the Technology to communicate with the consumer regarding the availability of the order for pickup. DoorDash is not a merchant, retailer, restaurant, grocer, delivery service, or food preparation business (except as otherwise specified in Section 6 below). |

**Source:** https://help.doordash.com/legal/document?type=cx-terms-and-conditions&region=US&locale=en-US

    

**Source:** https://play.google.com/store/apps/details?id=com.dd.doordash&hl=en_US

| U.S. Patent No. 9,119,038 | Doordash |
|---|---|
| |  **Source:** https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US |
| [7A] a computing device comprising a processor executing a | The system includes a computing device (DoorDash Platform) comprising a processor executing a location analyzer |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| location analyzer configured for: | **2. Acceptance of this Agreement**<br><br>DoorDash operates an online marketplace and connection platform to (a) broker the exchange of goods and services among you and other consumers, restaurants and other businesses ("**Merchants**"), and independent third-party contractors who provide delivery and/or other services ("**Contractors**"); and (b) provide you with access to information on the Services. DoorDash's Technology permits consumers to place orders for food and/or other goods from Merchants, either for delivery or pickup, and/or request services from Merchants. If a delivery order is made, DoorDash uses the Technology to notify Contractors (or, for certain orders, Merchants) that a delivery opportunity is available and to facilitate completion of the delivery to the consumer. If a pickup order is made, DoorDash uses the Technology to communicate with the consumer regarding the availability of the order for pickup. DoorDash is not a merchant, retailer, restaurant, grocer, delivery service, or food preparation business (except as otherwise specified in Section 6 below).<br><br>**Source:** https://help.doordash.com/legal/document?type=cx-terms-and-conditions&region=US&locale=en-US |
| [7B] receiving an identification of (i) a first region defined by a first geofence; (ii) a second region defined by a second geofence distinct from the first geofence; and (iii) a third region defined by a third geofence including the first region and second region, | Receiving, an identification of (i) a first region defined (neighborhood) by a first geofence; (ii) a second region defined by a second geofence distinct from the first geofence; and (iii) a third region (Hotspots near areas close to a Dasher ) defined by a third geofence including the first region and second region; |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| | ## Stay busy and earn more with Hotspots<br><br>We built Hotspots to help Dashers find deliveries quickly while on the road. A Hotspot is an area within your Dashing starting point that indicates the busiest areas for orders. You will generally see Hotspots near areas with many restaurants. To increase your chances to receive more orders, simply position yourself closer to a Hotspot. Hotspots are meant to guide you to busy areas and they are consistently refreshed throughout the day, but they do not guarantee orders.<br><br>You can only see hotspots on your Dasher map while dashing and they will be displayed as a circle with a flame icon. Please see below for the two different types of Hotspots you may encounter.<br><br>The Dasher app will show you the Hotspot closest to you by default, but you can scroll through other nearby Hotspots at the bottom of the screen.<br><br>Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| | 

Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter |
| [7C] receiving a plurality of arrival notifications from a corresponding plurality of devices, each arrival notification sent by | Receiving, a plurality of arrival notifications ( through swipe to arrive button) from a corresponding plurality of devices, each arrival notification sent by each device responsive to said device determining it has entered the pick up place of the  third geofence; |

| U.S. Patent No. 9,119,038 | Doordash |
|---|---|
| each device responsive to said device determining it has entered the third geofence, | **What is a delivery like?**<br><br>After you accept a delivery, completing it will generally consist of 4 steps, all of which are clearly outlined in your Dasher app:<br><br>1. **Head to the restaurant.** You can tap Navigate to get instructions on how to get to the restaurant. This will open into a Third Party Map service you selected as your preference in your Settings. In order to help pick up the order quickly, some restaurants may have pickup instructions. Take a look before you head inside so you know what to do!<br><br>2. **Head inside to collect the the order.** Once you enter the restaurant, you will be able to swipe right at the bottom of your app to confirm arrival. For some orders, you'll need to pay for the food with your Red Card. For many others, you'll simply grab the food and go. Your Dasher app will advise what to do: pay with Red Card or pick up items without payment. When you have the order, the Dasher app will prompt you to check off the items listed on the app and swipe right once again to confirm.<br><br>Source: https://help.doordash.com/dashers/s/article/What-is-a-delivery-like?language=en_US#:~:text=Once%20you%20enter%20the%20restaurant,your%20app%20to%20confirm%20arrival. |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| |  **How to Use the Doordash Driver App: Guide & Tutorial For New Dashers in 2022** Source: https://www.youtube.com/watch?v=45N2D6iPqqQ&t=551s ; |
| [7D] receiving user information for a user of each of the plurality of devices, | Receiving, user information (driver's sign up information) for a user of each of the plurality of devices; |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| |  Source: https://help.doordash.com/dashers/s/topic/0TO1a0000007fAhGAI/sign-up-to-become-a-dasher?language=en_US |
| [7E] identifying a first subset of the plurality of devices that are within the first region and a second subset of the plurality of devices | Since Doordash can determine a hot spot, and Regions where drivers frequently pick up and deliver orders can indicate a high-demand area. The plaintiff contents that the location analyzer will identify, a first subset of the plurality of devices that are within the first region and a second subset of the plurality of devices that are within the second region; |

| U.S. Patent No. 9,119,038 | Doordash |
|---|---|
| that are within the second region, | |
| [7F] comparing user information of the users of the first subset of the plurality of devices and user information of the users of the second subset of the plurality of devices, and | Since Doordash can determine a hot spot, and Regions where drivers frequently pick up and deliver orders can indicate a high-demand area. The plaintiff contents that the location analyzer will compare, user information of the users of the first subset of the plurality of devices and user information of the users of the second subset of the plurality of devices<br><br>. |
| [7G] transmitting, to a second computing device, a comparison metric identifying a difference between users of the first subset of the plurality of devices and users of the second subset of the plurality of devices. | Transmitting, by the location analyzer to a second computing device, a comparison metric identifying a difference between users of the first subset of the plurality of devices and users of the second subset of the plurality of devices.(more red region equals more orders) |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|



Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter

| 13.A method for tracking locations of a plurality of devices within overlapping geofences, comprising: | DoorDash, Inc provides DoorDash platform for tracking locations of a plurality of devices (Dasher's mobile phone) within overlapping geofences |
|---|---|

| U.S. Patent No. 9,119,038 | Doordash |
|---|---|

### 2. Acceptance of this Agreement

DoorDash operates an online marketplace and connection platform to (a) broker the exchange of goods and services among you and other consumers, restaurants and other businesses ("**Merchants**"), and independent third-party contractors who provide delivery and/or other services ("**Contractors**"); and (b) provide you with access to information on the Services. DoorDash's Technology permits consumers to place orders for food and/or other goods from Merchants, either for delivery or pickup, and/or request services from Merchants. If a delivery order is made, DoorDash uses the Technology to notify Contractors (or, for certain orders, Merchants) that a delivery opportunity is available and to facilitate completion of the delivery to the consumer. If a pickup order is made, DoorDash uses the Technology to communicate with the consumer regarding the availability of the order for pickup. DoorDash is not a merchant, retailer, restaurant, grocer, delivery service, or food preparation business (except as otherwise specified in Section 6 below).

**Source:** https://help.doordash.com/legal/document?type=cx-terms-and-conditions&region=US&locale=en-US

# DoorDash - Dasher





**Source:** https://play.google.com/store/apps/details?id=com.doordash.driverapp&hl=en_US

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
|  |  |
| [13A] receiving, by a portable computing device, an identification of a first geofence defining a first region; | Receiving, by a portable computing device (**Grubhub Delivery Driver's mobile phone)** , an identification of a first geofence defining a first region (hotspots near aeras), the first region include a subregion (pick up address)<br><br>## Stay busy and earn more with Hotspots<br><br>We built Hotspots to help Dashers find deliveries quickly while on the road. A Hotspot is an area within your Dashing starting point that indicates the busiest areas for orders. You will generally see Hotspots near areas with many restaurants. To increase your chances to receive more orders, simply position yourself closer to a Hotspot. Hotspots are meant to guide you to busy areas and they are consistently refreshed throughout the day, but they do not guarantee orders.<br><br>You can only see hotspots on your Dasher map while dashing and they will be displayed as a circle with a flame icon. Please see below for the two different types of Hotspots you may encounter.<br><br>The Dasher app will show you the Hotspot closest to you by default, but you can scroll through other nearby Hotspots at the bottom of the screen.<br><br>Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter |

| U.S. Patent No. 9,119,038 | **<u>Doordash</u>** |
|---|---|
| | <br><br>**How to Use the Doordash Driver App: Guide & Tutorial For New Dashers in 2022**<br><br>Source: https://www.youtube.com/watch?v=45N2D6iPqqQ&t=551s |
| [13B] determining a current location of the portable computing device; | Determining a current location of the portable computing device (Dasher's **mobile phone**)<br><br>**This step relate to the third party (Google Maps)** |

| | |
|---|---|
| | 20.4. <u>Google Maps</u>: While using the Dasher App to perform Contracted Services, Contractor may have the ability to use Google Maps in-app navigation services. If Contractor does so, Contractor agrees that Google may collect Contractor's location data when the Dasher App is running in order to provide and improve Google's services, that such data may also be shared with DoorDash in order to improve its operations, and that Google's <u>terms</u> and <u>privacy policy</u> will apply to this usage. Contractor can also use any other navigation app outside the DoorDash Platform or none at all.<br><br>Source: https://help.doordash.com/legal/document?type=dx-ica&region=US&locale=en-US |
| [13C] comparing the current location of the portable computing device to the identified first geofence; and | Dasher **compares the current location of the portable computing device to the identified subregion of the first geofence( to determine he has arrived the pick up place).** |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| | **How to Use the Doordash Driver App: Guide & Tutorial For New Dashers in 2022**<br><br>Source: https://www.youtube.com/watch?v=45N2D6iPqqQ&t=551s |
| [13D] transmitting, by the portable computing device to a second computing device, an arrival notification, responsive to determining that the current location of the portable computing device is within the identified first region, | Transmitting, by the portable computing device (Dasher's mobile phone ) to a second computing device (doordash's server) an arrival notification ( through swipe to arrive button) responsive to determining that the current location of the portable computing device is within the identified subregion (pick up address)  of the first region.<br><br><br><br>Source: https://help.doordash.com/dashers/s/article/What-is-a-delivery-like?language=en_US#:~:text=Once%20you%20enter%20the%20restaurant,your%20app%20to%20confirm%20arrival. |
| [13E] the arrival notification including an identification of the | |

| U.S. Patent No. 9,119,038 | **Doordash** |
|---|---|
| current location of the portable computing device within one of a plurality of subregions of the first region defined by a corresponding plurality of geofences. | The arrival notification including an identification of the current location (pick up address) of the portable computing device within one of a plurality of subregions of the first region (region the driver works) defined by a corresponding plurality of geofences.<br><br><br><br>**How to Use the Doordash Driver App: Guide & Tutorial For New Dashers in 2022**<br><br>Source: https://www.youtube.com/watch?v=45N2D6iPqqQ&t=551s |

| U.S. Patent No. 9,119,038 | **Doordash** |
| --- | --- |



first geofence

third geofence

second geofence

Source: https://help.doordash.com/dashers/s/article/How-can-I-find-hotspots-in-my-area?language=en_US#:~:text=We%20built%20Hotspots%20to%20help,of%20Hotspots%20you%20may%20encounter