IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| YOPIMA, LLC,<br>Plaintiff,<br><br>v.<br><br>DOORDASH, INC.,<br>Defendant, | Civil Action No. 7:25-cv-00385<br><br><br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Yopima, LLC ("Plaintiff"), discloses that it has no parent corporation, and there is no publicly held corporation that owns 10% or more of any stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

Yopima, LLC

Ramey LLP

DATED: August 29, 2025

Respectfully submitted,

*/s/ William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
wramey@rameyfirm.com
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)

***Attorneys for Yopima, LLC***