IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| YOPIMA, LLC, | ) |
| Plaintiff, | ) Civil Action No. 7:25-cv-00385-DC-DTG |
| vs. | ) |
| | ) **JURY TRIAL DEMANDED** |
| DOORDASH, INC., | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Plaintiff Yopima LLC ("Yopima") and Defendant DoorDash, Inc. ("DoorDash") hereby respectfully move the Court for an order extending the deadline for DoorDash to answer, move, or otherwise respond to Yopima, LLC's Complaint for Patent Infringement (ECF No. 1). The request is not sought for purposes of delay, but to allow recently hired defense counsel sufficient time to assess the case and prepare DoorDash's response.

In view of the foregoing, the Parties respectfully request a forty-five-day extension of time to answer, move, or otherwise respond to Plaintiffs' Complaint to December 11, 2025.

1

Dated: October 17, 2025

RAMEY LLP

/s/ *William P. Ramey, III*
William P. Ramey, III
Texas Bar No. 24027643
5020 Montrose Blvd., Suite 800
Houston, Texas 77006
(713) 426-3923 (telephone)
(832) 900-4941 (fax)
wramey@rameyfirm.com

**ATTORNEYS FOR YOPIMA, LLC**

Respectfully submitted,

WINSTON & STRAWN LLP

/s/ *Michael R. Rueckheim*
Michael R. Rueckheim (State Bar No. 24081129)
MRueckheim@winston.com
255 Shoreline Drive, Suite 520
Redwood City, CA 94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6559

**ATTORNEYS FOR DEFENDANT DOORDASH, INC.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document via the Court's CM/ECF system on this day October 17, 2025.

*/s/ Michael R. Rueckheim*
Michael R. Rueckheim
