IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| YOPIMA, LLC, | § | |
| *Plaintiff,* | § | |
| v. | § | CASE NO. 7:25-CV-00385-DC-DTG |
| DOORDASH, INC., | § | |
| *Defendant,* | § | |

### ORDER GRANTING FIRST JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (DKT. NO. 9)

Before the Court is the parties' first joint motion for an extension of time to respond to the complaint (Dkt. No. 9). The parties request a forty-five (45) day extension of time to respond to the plaintiff's complaint. Having considered the motion, the Court finds that the motion should be **GRANTED**.

It is **ORDERED** that the defendant, DoorDash, Inc., shall respond to the complaint on or before December 11, 2025.

**SIGNED** this 20th day of October, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE